# United States Bankruptcy Court
## Central District of California
### Riverside
### Judge Meredith Jury, Presiding
### Courtroom 301 Calendar

**Monday, December 20, 2010**                                     Hearing Room 301

1:30 pm

6:10-32790   John E White and Vicki L Corcoran White                   Chapter 13
#10.00       Confirmation of Chapter 13 Plan
             Obj fld 9-30-10 - Rod Danielson
             Reply fld 11-01-10 - L/O Jenny Doling **[ECF]**
             Obj fld 11-4-10 - Cooksey Toolen Gage Duffy & Woog **[ECF]**

             **FROM: 12-6-10**
                               Docket #:

**Matter Notes:**

PRESENT:   _DeLeon_, for Rod Danielson, Trustee

           _Doling_, for Debtor

           _Papica_, for

(X) Confirmed per trustee's recommendation - Plan provisions: % to pay __18__

    Duration: __60__

    Payment $ __697__

( ) Objection to plan: ( ) Withdrawn  ( ) Sustained  ( ) Overruled

( ) Case Dismissed:

    ( ) without prejudice  ( ) Under 109(g)

[ ] CLERKS BNC ORDER DISMISSING ON_____
[ ] New case may be filed before dismissal is entered.

( ) conversion to chapter 7 in 10 days or dismiss

( ) Continued to _____ at _____ pm

( ) Off calendar

( ) Other